IN THE UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                           CAUSE NO.:5:14CR14 DCB-LRA

BRENDA DILLON NORMAN                                        DEFENDANT
AND YVONNE LYNETTE GARY

## MOTION FOR CONTINUANCE

**COMES NOW,** Yvonne Lynette Gary, defendant by and through Counsel Chokwe Antar Lumumba in the above cause, with her "Motion for Continuance" and in support thereof will state the following to-wit:

1. Counsel for defendant has just been retained in the present case.
2. Counsel for defendant states time is needed to study defendant's discovery and prepare a reasonable defense for trial.
3. Counsel for defendant state the U.S. Government does not object to said continuance.
4. This Motion is not being brought for purposes of unreasonably delaying this matter, but rather due to legitimate concerns of counsel for defendant.

**WHEREFORE PREMISES CONSIDERED**, will pray that for the hereinbefore stated reasons that said entitled "Motion for Continuance" be granted by the Court' and all other relief the Court consider to be appropriate in the instant case.

                          RESPECTFULLY SUBMITTED,

                          /S/CHOKWE ANTAR LUMUMBA
                          CHOKWE ANTAR LUMUMBA MSB#102847
                          5888 Ridgewood Rd. STE. E
                          JACKSON, MISSISSIPPI 39211
                          TELEPHONE: (601) 353-4455

Printed by BoltPDF (c) NCH Software. Free for non-commercial use only.

## CERTIFICATE OF SERVICE

**I, CHOKWE ANTAR LUMUMBA,** attorney for defendant certify that I have this day served by ECF of this "Motion for Continuance" to the following person(s) at this address:

**This the 5TH day of November, 2014.**

                                                           RESPECTFULLY,

                                                           /S/ CHOKWE ANTAR LUMUMBA