```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              CRIMINAL NO. 5:14-cr-14-DCB-LRA

YVONNE GARY

<u>ORDER</u>

BEFORE THE COURT is a Motion to Stay Execution of Conviction filed by Yvonne Gary, through counsel together with a Response lodged by the United States. This defendant is scheduled to report to the facility designated by the Bureau of Prisons on October 19, 2015.

In support of her motion movant states that she needs additional time for a determination by her physicians as to whether or not a mediastinal mass is cancerous.

The Court hereby extends her reporting date for a 30 day period, and she is ordered to report to the facility to which she is designated on November 18, 2015, by 12 noon. In the interim the defendant is ordered to execute a release form allowing her supervising probation officer to speak directly to the treating oncologist to determine the defendant's status. All information obtained by the probation officer shall be forwarded immediately to the United States Marshal for the purpose of providing that information to the Bureau of Prisons in order that the Bureau

will be in a position to designate for the defendant a facility most suitable to provide appropriate medical care.

SO ORDERED this the  15th  day of October, 2015.

                                            s/David Bramlette  
                                        UNITED STATES DISTRICT JUDGE