```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                                  CRIMINAL NO. 5:14-cr-14-DCB-LRA

YVONNE GARY

ORDER

BEFORE THE COURT is another Motion to Stay Execution of Conviction **(docket entries 64 and 66)** filed by Yvonne Gary, through counsel. This defendant is currently scheduled to report to the facility designated by the Bureau of Prisons on November 18, 2015 by 12 noon.

In support of her motion movant states that she needs additional time for medical treatment and to address health concerns that will affect her inmate classification.

In support of her second Motion movant attached the medical report which indicates the need for a repeat biopsy in support of a more definitive diagnosis. The Bureau of Prisons is hereby advised that this defendant is in possible need of medical treatment based on medical records which will be a part of the referenced file and provided to the Bureau of Prisons in order that this defendant be housed in a facility that is capable of diagnosis and treatment.

The motion is hereby DENIED.

IT IS ORDERED that this Defendant report to designated facility on November 18, 2015, by 12 noon.

SO ORDERED this the  16th  day of November, 2015.

                                        s/David Bramlette
                                       UNITED STATES DISTRICT JUDGE