```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                         CRIMINAL CASE NO. 5:14-cr-14(DCB)(LRA)

YVONNE LYNETTE GARY                                        DEFENDANT

<u>ORDER</u>

This cause is before the Court on the defendant Yvonne Lynette Gary's Motion to Vacate under 28 U.S.C. § 2255 (docket entry 79). Upon review of the motion, the Court finds that a Response from the Government is needed.

Accordingly,

IT IS HEREBY ORDERED that the Government respond to the aforementioned motion by the defendant within thirty (30) days from the date of entry of this Order, unless the Government finds it necessary to move for additional time.

SO ORDERED, this the 3rd day of October, 2016.

<u>/s/ David Bramlette</u>
UNITED STATES DISTRICT JUDGE